1  COOLEY GODWARD KRONISH LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  MATTHEW D. BROWN (196972) (brownmd@cooley.com)
   BENJAMIN H. KLEINE (257225) (bkleine@cooley.com)
3  SARAH R. BOOT (253658) (sboot@cooley.com)
   101 California Street, 5th Floor
4  San Francisco, CA  94111-5800
   Telephone:  (415) 693-2000
5  Fax:        (415) 693-2222

6  Attorneys for Defendant
   YELP! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS Y. LEVITT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YELP! INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. CV 10-1321 MHP<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1(a))**<br><br>Courtroom: 15<br>Judge:       Honorable Marilyn Hall Patel<br>Trial Date: None Set |

Plaintiff Boris Y. Levitt ("Plaintiff") and Defendant Yelp! Inc. ("Yelp") (Plaintiff and Yelp collectively "the Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, Plaintiff filed the Initial Complaint in the Superior Court of the State of California in and for the County of San Francisco on March 12, 2010;

WHEREAS, Plaintiff served the Initial Complaint on Yelp on March 22, 2010;

WHEREAS, Yelp removed the above-captioned action and all claims and causes of action therein from the Superior Court of California in and for the County of San Francisco to this Court on March 29, 2010;

WHEREAS, under Federal Rule of Civil Procedure 81(c)(2)(B), the current deadline for Yelp to respond to the Initial Complaint is April 12, 2010;

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
CASE NO. CV 10-1321 MHP

1    WHEREAS, Plaintiff intends to file an Amended Complaint;

2    WHEREAS, under Federal Rule of Civil Procedure 15(a)(3), the time for Yelp to respond
3    to the Amended Complaint would be 14 days after service of the Amended Complaint;

4    WHEREAS, this Court has set the Initial Case Management Conference in the above-
5    captioned action for July 19, 2010;

6    WHEREAS, this Court's Standing Order provides that motions to dismiss shall not be
7    filed before the Initial Case Management Conference except by leave of court; and

8    WHEREAS, under Civil Local Rule 6-1(a), parties may stipulate in writing, without a
9    Court order, to extend the time within which to answer or otherwise respond to the complaint;

10   NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

11   1.    Plaintiff's deadline for filing an Amended Complaint shall be on or before April
12   27, 2010.

13   2.    If Plaintiff elects to file an Amended Complaint, Yelp is relieved of its obligation
14   to respond to the Initial Complaint.

15   3.    Yelp's deadline to answer, move to dismiss, or otherwise respond to the operative
16   complaint (whether the Initial Complaint or an Amended Complaint) is extended to 30 days after
17   the Initial Case Management Conference, which is scheduled for July 19, 2010.  Thus, Yelp's
18   deadline is extended to and including August 18, 2010.

19   **IT IS SO STIPULATED.**

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
CASE NO. CV 10-1321 MHP

1 | Dated: April 8, 2010 | COOLEY GODWARD KRONISH LLP

/s/ Matthew D. Brown
Matthew D. Brown
Attorneys for Defendant Yelp! Inc.

6 | Dated: April 8, 2010 | MURRAY & ASSOCIATES

/s/ Lawrence D. Murray
Lawrence D. Murray
Attorneys for Plaintiff Boris Y. Levitt

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

**STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
CASE NO. CV 10-1321 MHP**

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Matthew D. Brown, attest that concurrence in the filing of this Stipulation to Extend Time to Respond to Complaint (L.R. 6-1(a)) has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of April, 2010, at San Francisco, California.

/s/ Matthew D. Brown
Matthew D. Brown

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
CASE NO. CV 10-1321 MHP