| | |
|---|---|
| 1 | **THE WESTON FIRM** |
| | GREGORY S. WESTON (239944) |
| 2 | JACK FITZGERALD (257370) |
| | 888 Turquoise Street |
| 3 | San Diego, CA 92109 |
| | Telephone: (858) 488-1672 |
| 4 | Facsimile: (480) 247-4553 |
| | greg@westonfirm.com |
| 5 | jack@westonfirm.com |

**THE WESTON FIRM**
GREGORY S. WESTON (239944)
JACK FITZGERALD (257370)
888 Turquoise Street
San Diego, CA 92109
Telephone: (858) 488-1672
Facsimile: (480) 247-4553
greg@westonfirm.com
jack@westonfirm.com

**BECK & LEE BUSINESS TRIAL LAWYERS**
JARED H. BECK (233743)
ELIZABETH LEE BECK (233742)
Courthouse Plaza Building,
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone: (305) 789-0072
Facsimile: (786) 664-3334
jared@beckandlee.com
elizabeth@beckandlee.com

<u>**Attorneys for Plaintiffs and the Proposed Classes**</u>

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATS AND DOGS ANIMAL HOSPITAL, INC.; ASTRO APPLIANCE SERVICE; BLEEDING HEART, LLC; CALIFORNIA FURNISHINGS, INC.; CELIBRÉ, INC.; J.L. FERRI ENTERTAINMENT, INC.; LE PETITE RETREAT DAY SPA, LLC; SAN FRANCISCO BAY BOAT CRUISES, LLC; WAG MY TAIL, INC.; and ZODIAC RESTAURANT GROUP, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YELP! INC.,<br><br>Defendant. | Case No. 3:10-cv-02351 MHP<br><br>**PLAINTIFFS' NOTICE OF OPPOSITION TO YELP'S MOTION FOR CONSOLIDATION AND CROSS-MOTION FOR:**<br><br>**(A1) DESIGNATION OF *CATS AND DOGS* AS LEAD ACTION AND STAY OF *LEVITT* ACT <u>OR, IN THE ALTERNATIVE</u>, (A2) CONSOLIDATION OF ACTIONS, DEEMING *CATS AND DOGS* FIRST AMENDED COMPLAINT AS THE OPERATIVE PLEADING;**<br><br>**(B) APPOINTMENT THE WESTON FIRM AND BECK & LEE AS INTERIM CLASS COUNSEL; AND**<br><br>**(C) SUBMISSION OF FULLY-BRIEFED MOTION TO DISMISS FOR HEARING.** |
| BORIS Y. LEVITT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YELP! INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 10-01321 MHP<br><br><br>Judge: The Hon. Marilyn Hall Patel<br>Hearing Date: July 19, 2010<br>Hearing Time: 2:00 p.m. |

*Cats and Dogs Animal Hospital, Inc. et al. v. Yelp! Inc.*, Case No. 3:10-cv-02351 MHP
**NOTICE OF OPPOSITION TO YELP'S MOTION TO CONSOLIDATE AND CROSS-MOTION**

**NOTICE OF OPPOSITION AND CROSS-MOTION & CROSS-MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that on Monday, July 19, 2010, at 2:00 p.m., or as soon thereafter as this Opposition and Cross-Motion may be heard, Plaintiffs CATS AND DOGS ANIMAL HOSPITAL, INC., ASTRO APPLIANCE SERVICE, BLEEDING HEART, LLC, CALIFORNIA FURNISHINGS, INC., CELIBRÉ, INC., J.L. FERRI ENTERTAINMENT, INC., LE PETITE RETREAT DAY SPA, LLC, SAN FRANCISCO BAY BOAT CRUISES, LLC, WAG MY TAIL, INC., and ZODIAC RESTAURANT GROUP, INC. (collectively "Plaintiffs") will and hereby do:

(1) Oppose Defendant YELP! INC.'s Motion to Consolidate Related Cases For All Purposes And To Set Dates For Consolidated Amended Complaint And Response Thereto (Dkt. No. 64); and

(2) Cross-Move for an order providing:

  a. The *Cats and Dogs* action, No. 10-cv-2351, is designated the lead action, and the *Levitt* action, No. 10-cv-1321 is stayed pending resolution of the *Cats and Dogs* action;[1]

  b. The Weston Firm and Beck & Lee Business Trial Lawyers are appointed Interim Class Counsel; and

  c. Yelp's fully-briefed Motion to Dismiss (Dkt. Nos. 22-23, 27, 40, 51) is submitted, and put on for hearing at the Court's earliest convenience.

This Opposition and Cross-Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declarations of Gregory S. Weston ("Weston Decl."), Jack Fitzgerald ("Fitzgerald Decl."), Jared H. Beck ("J. Beck Decl."), and Elizabeth Lee Beck ("E. Beck Decl.") and the exhibits thereto, all previous papers and proceedings in this and the *Levitt* actions, oral argument, and such other materials and argument as may be presented in connection with the hearing and Plaintiffs' Opposition and Cross-Motion.

---

[1] In the alternative to staying *Levitt*, the *Cats and Dogs* Plaintiffs move for an order consolidating the *Cats and Dogs* and *Levitt* actions, and deeming the *Cats and Dogs* First Amended Complaint the operative pleading in the consolidated action.

*Cats and Dogs Animal Hospital, Inc.et al. v. Yelp! Inc.*, Case No. 3:10-cv-02351 MHP
**NOTICE OF OPPOSITION TO YELP'S MOTION TO CONSOLIDATE AND CROSS-MOTION**

| | | |
|---|---|---|
| 1 | DATED: June 14, 2010 | Respectfully Submitted, |
| 2 | | /s/ Jack Fitzgerald |
| | | Jack Fitzgerald |
| 3 | | |
| 4 | | **THE WESTON FIRM** |
| | | GREGORY S. WESTON |
| 5 | | 888 Turquoise Street |
| | | San Diego, CA 92109 |
| 6 | | Telephone: (858) 488-1672 |
| | | Facsimile: (480) 247-4553 |
| 7 | | greg@westonfirm.com |
| 8 | | |
| | | JACK FITZGERALD |
| 9 | | 2811 Sykes Court |
| | | Santa Clara, CA 95051 |
| 10 | | Telephone: (408) 459-0305 |
| | | jack@westonfirm.com |
| 11 | | |
| 12 | | **BECK & LEE BUSINESS TRIAL LAWYERS** |
| 13 | | JARED H. BECK |
| | | ELIZABETH LEE BECK |
| 14 | | Courthouse Plaza Building |
| | | 28 West Flagler Street, Suite 555 |
| 15 | | Miami, FL 33130 |
| | | Telephone: (305) 789-0072 |
| 16 | | Facsimile: (786) 664-3334 |
| | | jared@beckandlee.com |
| 17 | | elizabeth@beckandlee.com |
| 18 | | |
| | | <u>**Counsel for Plaintiffs and the**</u> |
| 19 | | <u>**Proposed Classes**</u> |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

*Cats and Dogs Animal Hospital, Inc.et al. v. Yelp! Inc.*, Case No. 3:10-cv-02351 MHP
**NOTICE OF OPPOSITION TO YELP'S MOTION TO CONSOLIDATE AND CROSS-MOTION**