**THE WESTON FIRM**
GREGORY S. WESTON (239944)
888 Turquoise Street
San Diego, CA 92109
Telephone: (858) 488-1672
Facsimile: (480) 247-4553
greg@westonfirm.com

JACK FITZGERALD (257370)
2811 Sykes Court
Santa Clara, CA 95051
Telephone: (408) 459-0305
jack@westonfirm.com

**BECK & LEE BUSINESS TRIAL LAWYERS**
JARED H. BECK (233743)
ELIZABETH LEE BECK (233742)
Courthouse Plaza Building
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone: (305) 789-0072
Facsimile: (786) 664-3334
jared@beckandlee.com
elizabeth@beckandlee.com

<u>Attorneys for Plaintiffs and the Proposed Classes</u>

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATS AND DOGS ANIMAL HOSPITAL, INC.; ASTRO APPLIANCE SERVICE; BLEEDING HEART, LLC; CALIFORNIA FURNISHINGS, INC.; CELIBRÉ, INC.; J.L. FERRI ENTERTAINMENT, INC.; LE PETITE RETREAT DAY SPA, LLC; SAN FRANCISCO BAY BOAT CRUISES, LLC; WAG MY TAIL, INC.; and ZODIAC RESTAURANT GROUP, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YELP! INC.,<br><br>Defendant. | Case No. 3:10-cv-02351 MHP<br>Pleading Type: Class Action<br>Action Filed: February 23, 2010<br><br>**DECLARATION OF GREGORY S. WESTON IN SUPPORT OF PLAINTIFFS' OPPOSITION AND CROSS-MOTION**<br><br>Judge: The Hon. Marilyn Hall Patel<br><br>Date: July 19, 2010<br>Time: 2:00 p.m. |

---

*Cats and Dogs Animal Hospital, Inc. et al. v. Yelp! Inc.*, Case No. 3:10-cv-02351 MHP
**DECLARATION OF GREGORY S. WESTON IN SUPPORT OF PLAINTIFFS'**
**OPPOSITION AND CROSS-MOTION**

I, Gregory S. Weston, declare:

1. I am a member of good standing in the State Bars of California and Florida, and the United States District Courts for the Northern, Central, and Southern Districts of California. I make this declaration in support of Plaintiffs' Opposition to Yelp's Motion for Consolidation (Dkt. No. 64) and Cross-Motion for:

(a1) Designation of *Cats and Dogs* as lead action and stay of *Levitt* action or, in the alternative, (a2) Consolidation of *Cats and Dogs* and *Levitt* actions, deeming the *Cats and Dogs* First Amended Complaint as the operative complaint;

(b) Appointment of The Weston Firm and Beck & Lee Business Trial Lawyers as interim class counsel; and

(c) Submission of fully-briefed Motion to Dismiss for hearing.

2. My firm was appointed the sole Class Counsel by the Hon. Margaret M. Morrow to represent purchasers of approximately 145 condominiums in *Adachi et al. v. Carlyle/Galaxy San Pedro L.P. et al.*, No. 09-793 (C.D. Cal.), which settled in 2009 on a class-wide all-cash basis for approximately $1.35 million.

3. I am attorney of record for the indirect purchaser class in *In re Korean Airlines Co. Ltd. Antitrust Litigation*, MDL No. 1891, a class action pending in the Central District of California.

4. My firm is counsel for the proposed class of condominium purchasers in *Kenneally v. Bank of Nova Scotia et al.*, No. 3:09-cv-02039-WQH-JMA (S.D. Cal.) a class action involving fraud in the sale of approximately 250 condominiums in San Diego, and at least nine other consumer class actions brought under California's Unfair Competition Law, False Advertising Law and Consumer Legal Remedies Act..

5. I am a graduate of the Ohio State University and Harvard Law School and have devoted substantially all of my practice to representing plaintiffs in class actions.

6. Before founding The Weston Firm, as an attorney at the firm now called Robbins, Geller, Rudman & Dowd ("RGR&D"), I represented plaintiffs in the following class actions:

1

*Cats and Dogs Animal Hospital, Inc. et al. v. Yelp! Inc.*, Case No. 3:10-cv-02351 MHP
**DECLARATION OF GREGORY S. WESTON IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION**

- *The Apple iPod iTunes Antitrust Litigation* (N.D. Cal.) (nationwide consumer class certified and RGR&D appointed class counsel)
- *Bruce v. Crompton Corp.* (Los Angeles Co. Sup. Ct.)
- *In re Carbon Black Antitrust Litigation* (D. Mass.)
- *In re Digital Music Antitrust Litigation* (S.D.N.Y.) (RGR&D appointed interim class counsel)
- *In re Graphics Processing Units Antitrust Litigation* (N.D. Cal.)
- *In re International Air Transportation Surcharge Antitrust Litigation* (N.D. Cal.)
- *In re Medical Waste Services Antitrust Litigation* (D. Utah) (RGR&D appointed interim class counsel)
- *Ross et al. v. Metropolitan Life Insurance Company* (W.D. Pa.)
- *Williams v. Interinsurance Exchange of the Automobile Club* (San Diego Co. Sup. Ct.) (California consumer class certified, RGR&D appointed class counsel)

7. On January 12, 2010, Dr. Gregory Perrault, the owner of Cats and Dogs Animal Hospital, contacted me and informed me that he felt the sales employees of the website Yelp.com were attempting to extort him into purchasing an advertising package that would require him to spend $3600 a year.

8. Dr. Perrault knew of me because he was a member of the class described above in ¶ 2. Together with co-counsel, Beck & Lee Business Trial Lawyers, The Weston Firm spent the next six weeks investigating Dr. Perrault's claims and preparing the first Complaint, which was filed February 23, 2010, and served on Defendant Yelp! Inc. the next day.

9. Subsequently, more than 200 other small business owners contacted The Weston firm and Beck & Lee with stories similar to Dr. Perrault's, and our firms continue to receive numerous inquiries each day. Of these small businesses, 60 have retained The Weston Firm and Beck & Lee to pursue claims against Yelp and serve as class representatives alongside Cats and Dogs Animal Hospital, Inc.

10. Our firm, along with Beck & Lee, spent substantial further time interviewing these small business owners and preparing the First Amended Class Action Complaint ("Amended Complaint"), which was filed on March 16, 2010. The Amended Complaint added a great amount of detail concerning Yelp's unlawful business practices, included several more

2

*Cats and Dogs Animal Hospital, Inc. et al. v. Yelp! Inc.*, Case No. 3:10-cv-02351 MHP
**DECLARATION OF GREGORY S. WESTON IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION**

claims for relief, and named nine additional small businesses as representative plaintiffs.

11. Since February when the first Complaint was filed, The Weston Firm and Beck & Lee have, among other things:

- Filed a detailed 39-page Amended Complaint;
- Conferred with defendant's counsel, including in person in San Francisco on March 18, 2010, on case management issues;
- Held our action's 26(f) discovery conference on April 8, 2010;
- Conferred with defendant's counsel on class certification, proposed injunctive relief, and electronic discovery;
- Served Rule 26 disclosures;
- Fully briefed Yelp's Motion to Dismiss, which was on calendar for hearing before Judge Fairbank, in the Central District of California, before the action was transferred to this Court (Judge Fairbank declined to consider the motion upon ordering the action transferred);
- Served and obtained first sets of interrogatories and requests for production, including serving 120 and 510 responses and objections, respectfully;
- Begun collecting and reviewing documents for production to Yelp; and
- Scheduled a deposition.

12. As a result of our efforts in prosecuting the *Cats and Dogs* lawsuit, Yelp has already made substantial policy changes. Yelp now allows its users and business owners to access "filtered" reviews—reviews that were previously completely hidden. Moreover, Yelp no longer allows businesses to pay a monthly fee in order to keep a favorite review listed at the top of their Yelp pages.

13. Yelp announced these changes on March 1, 2010—nearly two weeks before Levitt filed his copycat Complaint (see Exhibit A).

14. Attached hereto as Exhibit B is a true and correct copy of the Deposition Notice that Plaintiffs served on Yelp on May 5, 2010.

[continued]

3

*Cats and Dogs Animal Hospital, Inc. et al. v. Yelp! Inc.*, Case No. 3:10-cv-02351 MHP
**DECLARATION OF GREGORY S. WESTON IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION**

I declare under penalty of perjury under the laws of the state of California and the United States that the foregoing is true and correct.

Executed on June 10, 2010 in San Diego, California.

s/ Gregory S. Weston  
Gregory S. Weston

4

*Cats and Dogs Animal Hospital, Inc. et al. v. Yelp! Inc.*, Case No. 3:10-cv-02351 MHP  
**DECLARATION OF GREGORY S. WESTON IN SUPPORT OF PLAINTIFFS'  
ADMINISTRATIVE MOTION**

Respectfully Submitted,

/s/ Jack Fitzgerald
Jack Fitzgerald

**THE WESTON FIRM**
GREGORY S. WESTON
888 Turquoise Street
San Diego, CA 92109
Telephone: (858) 488-1672
Facsimile: (480) 247-4553
greg@westonfirm.com

JACK FITZGERALD
2811 Sykes Court
Santa Clara, CA 95051
Telephone: (408) 459-0305
jack@westonfirm.com

**BECK & LEE BUSINESS TRIAL LAWYERS**
JARED H. BECK
ELIZABETH LEE BECK
Courthouse Plaza Building
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone: (305) 789-0072
Facsimile: (786) 664-3334
jared@beckandlee.com
elizabeth@beckandlee.com

**Attorneys for Plaintiffs and the Proposed Classes**

5

*Cats and Dogs Animal Hospital, Inc. et al. v. Yelp! Inc.*, Case No. 3:10-cv-02351 MHP
**DECLARATION OF GREGORY S. WESTON IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION**

# Exhibit A

« Additional thoughts on last week's lawsuit, or How a Conspiracy Theory is Born | Main | More Updates to Yelp for Android (and a few for iPhone) »

MARCH 01, 2010

# We're Increasing Transparency and Eliminating 'Favorite Review'

Posted by Jeremy, Yelp CEO

User trust is the foundation on which Yelp is built and the reason 31 million consumers turned to the site last month to find a great local business. Today we're announcing two important product changes to reinforce that trust and make it even more clear that Yelp treats review content equally for all businesses, with no connection between advertising and reviews.

Specifically, we're adding **the ability to see reviews filtered by our review filter** and we're **discontinuing the "Favorite Review" feature** that's part of our advertising package.

Why? Because while Yelp has seen tremendous growth in just a few years, we're still new to a lot of people. Despite our best efforts to educate consumers and the small business community, myths about Yelp have persisted. We've said all along we believe these incorrect notions stem from the combination of the filter and this advertising feature -- and we're practicing what we preach. Lifting the veil on our review filter and doing away with "Favorite Review" will make it even clearer that displayed reviews on Yelp are completely independent of advertising -- or any sort of manipulation. We also hope it will demonstrate the importance of a safeguard such as our filter and the unique challenge we face daily to maintain the integrity of the review content on our site.

Now you can take a look at any business listing on Yelp and see for yourself the work the review filter has done behind the scenes. Perhaps helping to protect one business from malicious reviews that might stem from a competitor.

## Recent Posts

**Yelp for iPhone Updated! We Go Medieval on Check-Ins**
JUNE 09, 2010

**Vide-OH-my! That Makes Me Wanna Buy**
JUNE 07, 2010

**Yelp Eats! Week**
JUNE 07, 2010

**Yelp Mobile: The Bridge Between Online Search and Offline Buying**
JUNE 04, 2010

**No Reservations About It - Yelp Integrates OpenTable**
JUNE 03, 2010

Subscribe to the Yelp Blog!

## Search



## Links

Yelp.com

Press Page

FAQ

Community Blog

Jobs

Yelp Business Owner's Guide

Yelp on Facebook

Follow us on Twitter

## The Yelp Web Log

The official voice of Yelp HQ in San Francisco. It's a place for us to talk about press, product and policy at Yelp.com.

## Archives

June 2010

May 2010

April 2010



Or, conversely, protecting consumers from reviews that look like they could have come from an employee, not a customer.



But most importantly, you can see that Yelp's review filter works just the same for advertisers and non-advertisers alike. There is not -- nor ever has been -- a bias. So will Yelp be easier to game now? No, our engineers remain hard at

March 2010
February 2010
January 2010
December 2009
November 2009
October 2009
September 2009

More...

### Looking for the Community Blog?

See what's going on in other Yelp Communities!

work to make sure that Yelp is the most useful and helpful online resource for everyone.

Additionally, while the "Favorite Review" feature as part of our ad product was clearly labeled as such, it led some people to the wrong conclusions about whether businesses could control the review content on their page. (They can't.) So, to eliminate the opportunity for that misconception, we've eliminated the feature.

These aren't the only changes we've made today. We've also announced that advertisers on Yelp will soon have the ability to add a video to the slide show on their business page -- a suggestion made most recently during Yelp's ongoing series of educational meetings with business owners across the country. Additionally, in an effort to more formally integrate feedback from the business community, we've created a Small Business Advisory Council whose members will provide Yelp management with guidance and perspective regarding the concerns of small business owners.



Most consumers probably won't notice the product changes announced here, but we hope this new ability to "look under the hood" will help everyone understand the lengths we've taken to ensure Yelp is the most trusted resource on the internet for connecting people with great local businesses.

Posted at 10:49 AM | Permalink

# Exhibit B

|   |   |
|---|---|
| 1 | **THE WESTON FIRM** |
| 2 | GREGORY S. WESTON (239944) |
|   | JACK FITZGERALD (257370) |
| 3 | 888 Turquoise Street |
| 4 | San Diego, CA 92109 |
|   | Telephone: (858) 488-1672 |
| 5 | Facsimile: (480) 247-4553 |
| 6 | greg@westonfirm.com |
|   | jack@westonfirm.com |
| 7 |   |
| 8 | **BECK & LEE BUSINESS TRIAL LAWYERS** |
|   | JARED H. BECK (233743) |
| 9 | ELIZABETH LEE BECK (233742) |
| 10 | 28 West Flagler Street, Suite 555 |
|   | Miami, FL 33130 |
| 11 | Telephone: (305) 789-0072 |
| 12 | Facsimile: (786) 664-3334 |
|   | jared@beckandlee.com |
| 13 | elizabeth@beckandlee.com |

Counsel for Plaintiffs and the Proposed Classes

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CATS AND DOGS ANIMAL HOSPITAL, INC., et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YELP! INC.,<br><br>Defendant. | Case No: 2:10-cv-01340-VBF-SS<br>Pleading Type: Class Action<br><br>**PLAINTIFFS' NOTICE OF TAKING RULE 30(B)(6) DEPOSITION OF DEFENDANT**<br><br>Judge: The Hon. Valerie Baker Fairbank |
|---|---|

*Cats and Dogs Animal Hospital, Inc. et al. v. Yelp! Inc.*, Case No. 2:10-cv-1340 VBF SS
PLAINTIFFS' NOTICE OF TAKING RULE 30(B)(6) DEPOSITION OF DEFENDANT

      Pursuant to the Federal Rule of Civil Procedure 30(b)(6), Plaintiffs will take before a notary public or officer duly authorized to administer oaths in the State of California, the deposition of Defendant Yelp!, Inc. ("Yelp") by the person(s) with most knowledge regarding:

    1.     Issues related to class certification, including all elements under Fed. R. Civ. P. 23;

    2.     The number and location of businesses listed on Yelp.com;

    3.     Yelp's practices and policies regarding the solicitation of Sponsors or advertisers on its website;

    4.     Yelp's practices and policies regarding contacting businesses to sell advertising subscriptions;

    5.     Yelp's practices and policies regarding contacting businesses concerning hosting Yelp "Sponsored Events";

    6.     The division between sales and content management at Yelp;

    7.     Any manipulation or removal of content on Yelp.com in exchange for payment;

    8.     The Yelp algorithm or review filter;

    9.     Yelp's Terms of Service and Review Guidelines;

    10.     Yelp's processes, practices and procedures concerning the review of user-generated reviews claimed to have violated Yelp's Terms of Service or Review Guidelines;

    11.     The number and location of businesses which contract or have contracted to become sponsors with Yelp;

    12.     The role of the "Yelp Elite Squad" in promoting or soliciting businesses to become Yelp sponsors;

    13.     The role of Yelp "Scouts" or "Ambassadors," or other persons compensated by Yelp, in promoting or soliciting businesses to become Yelp

1

*Cats and Dogs Animal Hospital, Inc. et al. v. Yelp! Inc.*, Case No. 2:10-cv-1340 VBF SS
PLAINTIFFS' NOTICE OF TAKING RULE 30(B)(6) DEPOSITION OF DEFENDANT

1 Sponsors;

2  14. All documents produced by any party or non-party relevant to class
3 certification issues; and

4  15. Yelp's financial information, including revenue from the sale of
5 advertising subscriptions.

6  Plaintiffs will take the deposition of the following, at the date and time
7 indicated below or a comparable date and time agreed to by the parties:

| **Name** | **Date & Time** | **Location** |
|---|---|---|
| Corporate representative(s) of Yelp!, Inc. | June 21, 2010 at 9:00 am and continuing from day to day as necessary | 650 Mission St., 2nd Floor San Francisco, CA 94103 |

Dated: May 5, 2010

Respectfully Submitted,

*/s/ G. Weston*

Gregory S. Weston
**THE WESTON FIRM**
GREGORY S. WESTON
JACK FITZGERALD
888 Turquoise Street
San Diego, CA 92109
Telephone:  858 488 1672
Facsimile:   480 247 4553

**BECK & LEE BUSINESS TRIAL LAWYERS**
JARED H. BECK
ELIZABETH LEE BECK
Courthouse Plaza Building
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone:  305 789 0072
Facsimile:786 664 3334

<u>Counsel for Plaintiffs and the Proposed Classes</u>

2

*Cats and Dogs Animal Hospital, Inc. et al. v. Yelp! Inc.*, Case No. 2:10-cv-1340 VBF SS
PLAINTIFFS' NOTICE OF TAKING RULE 30(B)(6) DEPOSITION OF DEFENDANT