GIBSON, DUNN & CRUTCHER LLP
GAIL ELLEN LEES, SBN 90363,
GLees@gibsondunn.com
S. ASHLIE BERINGER, SBN 263977,
ABeringer@gibsondunn.com
SUSANNAH STROUD WRIGHT, SBN 264473,
SWright2@gibsondunn.com
1881 Page Mill Road
Palo Alto, California 94304
Telephone: 650.849.5300
Facsimile: 650.849.5333

Attorneys for Defendant
YELP! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BORIS Y. LEVITT, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>YELP! INC.; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | CASE NO. CV-10-01321 MHP<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT YELP! INC.; [~~PROPOSED~~] ORDER** |
| CATS AND DOGS ANIMAL HOSPITAL, INC., et al., on behalf of itself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>YELP! INC.; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendant. | CASE NO. CV-10-02351 MHP |

　　　　PLEASE TAKE NOTICE that Defendant YELP! INC. has retained Gibson, Dunn & Crutcher LLP to substitute as counsel for Cooley LLP in the above-captioned consolidated matters.

Gibson, Dunn & Crutcher LLP

1

Notice of Withdrawal and Substitution of Counsel for Defendant Yelp! Inc. – Case Nos. CV 10-01321 & 10-02351 MHP

Withdrawing counsel for Defendant YELP! INC. are:

> Michael Graham Rhodes
> Cooley LLP
> 101 California Street, Flr 5
> San Francisco, CA  94111-5800
> Phone:  415-693-2000
> Fax:  415-693-2222
> Email:  rhodesmg@cooley.com
>
> Matthew Dean Brown
> Cooley LLP
> 101 California Street, Flr 5
> San Francisco, CA  94111-5800
> Phone:  415-693-2000
> Fax:  415-693-2222
> Email:  mbrown@cooley.com
>
> Benjamin Hansel Kleine
> Cooley LLP
> 101 California Street, Flr 5
> San Francisco, CA  94111-5800
> Phone:  415-693-2000
> Fax:  415-693-2222
> Email:  bkleine@cooley.com
>
> Sarah Ruth Boot
> Cooley LLP
> 101 California Street, Flr 5
> San Francisco, CA  94111-5800
> Phone:  415-693-2000
> Fax:  415-693-2222
> Email:  sboot@cooley.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant YELP! INC.:

> Gail Ellen Lees
> Gibson, Dunn & Crutcher LLP
> 333 South Grand Avenue
> Los Angeles, CA  90071
> Phone:  (213) 229-7000
> Fax:     (213) 229-7520
> Email:  GLees@gibsondunn.com

Gibson, Dunn & Crutcher LLP

2

Notice of Withdrawal and Substitution of Counsel for Defendant Yelp! Inc. – Case Nos. CV 10-01321 & 10-02351 MHP

```
                        S. Ashlie Beringer
                        Gibson, Dunn & Crutcher LLP
                        1881 Page Mill Road
                        Palo Alto, CA  94034
                        Phone:  (650) 849-5300
                        Fax:    (650) 849-5333
                        Email:  ABeringer@gibsondunn.com

                        Susannah Stroud Wright
                        Gibson, Dunn & Crutcher LLP
                        1881 Page Mill Road
                        Palo Alto, CA  94034
                        Phone:  (650) 849-5300
                        Fax:    (650) 849-5333
                        Email:  SWright2@gibsondunn.com
```

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: August 19, 2010            YELP! INC.

                                  By: _____/s/_____
                                      LAURENCE WILSON, General Counsel

DATED: August 19, 2010            COOLEY LLP

                                  By: _____/s/_____
                                      MATTHEW D. BROWN

DATED: August 19, 2010            GIBSON, DUNN & CRUTCHER LLP

                                  By: _____/s/_____
                                      S. ASHLIE BERINGER

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: August 19, 2010            GIBSON, DUNN & CRUTCHER LLP

                                  By: _____/s/_____
                                      S. ASHLIE BERINGER

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: 8/23/2010                  _____
                                  JUDGE OF THE UNITED STATES DISTRICT
                                  COURT

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

# DECLARATION OF SERVICE

I, Lorraine Nishiguchi, declare as follows:

I am employed in the County of Santa Clara, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 1881 Page Mill Road, Palo Alto, California 94304, in said County and State.  On August 19, 2010, I served the within:

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT YELP! INC.; [PROPOSED] ORDER**

to all named counsel of record as follows:

 **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on August 19, 2010.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by the undersigned on August 19, 2010, at Palo Alto, California.

/s/<br>
LORRAINE NISHIGUCHI

100921303_3.DOC

Gibson, Dunn & Crutcher LLP

4

Notice of Withdrawal and Substitution of Counsel for Defendant Yelp! Inc. – Case Nos. CV 10-01321 & 10-02351 MHP