DAVID R. ONGARO, State Bar No. 154698
AMELIA D. WINCHESTER, State Bar No. 257928
ONGARO BURTT & LOUDERBACK LLP
595 Market St., Suite 610
San Francisco, CA 94105
Tel: (415) 433-3900  Fax: (415) 433-3950

LAWRENCE D. MURRAY, State Bar No. 77536
ROBERT C. STRICKLAND, State Bar No. 243757
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA 94123
Tel: 415 673-0555  Fax: 415 928-4084

Attorneys for Plaintiffs Boris Y. Levitt
*et al*.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS Y. LEVITT, CATS AND DOGS ANIMAL HOSPITAL, INC., TRACY CHAN, and BLEEDING HEART, LLC d/b/a BLEEDING HEART BAKERY; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YELP! INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 10-01321 MHP<br>Consolidated with CV 3:10-cv-02351MHP<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE A SECOND AMENDED AND CONSOLIDATED COMPLAINT** |

WHEREAS, on September 23, 2010, Plaintiffs filed a First Amended and Consolidated Complaint ("FAC") in the above-entitled matter;

WHEREAS, on October 22, 2010, Defendant filed a motion to dismiss Plaintiffs' FAC;

WHEREAS, on November 3, 2010, the parties stipulated to a modified briefing schedule, in part, to allow the parties time to meet and confer regarding the possibility of allowing Plaintiffs to file a Second Amended Complaint ("SAC");

WHEREAS, as a result of the parties' meet and confer efforts, the parties have agreed to allow Plaintiffs to file a SAC;

WHEREAS, the parties agree that, in the event Defendant files a motion to dismiss, that a modified briefing schedule is appropriate;

THEREFORE, it is hereby stipulated and agreed to by and between the parties, through their counsel of record, that Plaintiffs shall file a SAC.  The deadline for Defendant to file a responsive pleading or motion to dismiss shall be December 17, 2010.  If Defendant files a motion to dismiss, the deadline for Plaintiffs to file an opposition brief shall be January 7, 2011 and the deadline for Defendant to file a reply brief shall be January 21, 2011.  Defendant's Motion to Dismiss shall be heard on February 7, 2011 or as soon thereafter as is convenient with the Court's calendar

DATED: November 18, 2010   **ONGARO BURTT & LOUDERBACK LLP**

By: _____/s/ *David R. Ongaro*_____
        David R. Ongaro

Attorneys for Plaintiffs Boris Y. Levitt *et al*.

DATED: November 18, 2010   **GIBSON DUNN & CRUTCHER LLP**

By: _____/s/ *Susannah Stroud Wright*_____
        Susannah Stroud Wright

Attorneys for Defendant
Yelp! Inc.

STIPULATION AND [PROPOSED] ORDER
Case No. CV 10-01321 MHP

1
2
3
4    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  [ 2:1-17].
5
6    DATED:   11/19/2010                              By: _____
                                                          United States District Judge
7
8
9                                    *IT IS SO ORDERED*
                                     *Judge Marilyn H. Patel*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                              - 3 -
STIPULATION AND [PROPOSED] ORDER
Case No. CV 10-01321 MHP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

      I, David R. Ongaro, attest that concurrence in the filing of this Stipulation and [Proposed] Order has been obtained from each of the other signatories.

DATED: November 18, 2010      By:  /s/ *David R. Ongaro*
                                               David R. Ongaro

- 4 -

STIPULATION AND [PROPOSED] ORDER
Case No. CV 10-01321 MHP