```
 1  GIBSON, DUNN & CRUTCHER LLP
    GAIL LEES, SBN 90363
 2  glees@gibsondunn.com
    333 South Grand Avenue
 3  Los Angeles, California 90071-3197
    Telephone: (213) 229-7000
 4  Facsimile: (213) 229-7520

 5  S. ASHLIE BERINGER, SBN 263977
    SUSANNAH WRIGHT, SBN 264473
 6  aberinger@gibsondunn.com
    swright2@gibsondunn.com
 7  1881 Page Mill Road
    Palo Alto, California 94304-1211
 8  Telephone: (650) 849-5300
    Facsimile: (650) 849-5333
 9
    YELP! INC.
10  AARON SCHUR, SBN 229566
    aschur@yelp.com
11  706 Mission Street
    San Francisco, California 94103
12  Telephone: (415) 908-3801
    Facsimile: (415) 908-3833
13
    Attorneys for Defendants
14  YELP!, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BORIS Y. LEVITT D/B/A RENAISSANCE RESTORATION, CATS AND DOGS ANIMAL HOSPITAL, INC., TRACY CHAN D/B/A MARINA DENTAL CARE and PROFESSIONAL CONSTRUCTION GROUP, INC. D/B/A PAVER PRO; on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>YELP! INC.; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No. CV 10-01321 MHP<br>Consolidated with CV 10-02351 MHP<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL DECLARATION OF S. ASHLIE BERINGER IN SUPPORT OF DEFENDANT YELP! INC.'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT, AND TO DISMISS OR STRIKE CLASS ACTION ALLEGATIONS**<br><br>Date:    February 7, 2011<br>Time:    2:00 p.m.<br>Place:   Courtroom 15, 18th Floor<br>            450 Golden Gate Avenue<br>            San Francisco, California<br>Judge:  The Honorable Marilyn H. Patel |

Gibson, Dunn &
Crutcher LLP

1

SUPPLEMENTAL DECLARATION OF S. ASHLIE BERINGER IN SUPPORT OF         CASE NO. CV 10-01321 MHP
DEFENDANT YELP's MOTION TO DISMISS AND TO STRIKE                                          CASE NO. CV 10-02351 MHP

I, S. Ashlie Beringer, declare as follows:

1. I am a partner at Gibson, Dunn and Crutcher LLP and lead counsel for Defendant Yelp!, Inc. ("Yelp") in this litigation. I make this declaration based upon my personal knowledge of the facts stated herein.

2. Attached as Exhibit 1 is a true and correct copy of the "Terms of Service" from Yelp's website, http://www.yelp.com/static?p=tos&country=US, which is referenced in Plaintiffs' Second Amended Complaint at paragraphs 6, 35, 39, 98, and footnote 4. The "Terms of Service" are also incorporated by Plaintiffs into their definition of "Review Terms," (*see* SAC ¶ 6) which is referenced throughout the Second Amended Complaint, including at paragraphs 7, 10, 65, 66, 85, 86, 88, 91, 104, 108, 116, and 120.

3. Attached as Exhibit 2 is a true and correct copy of the. "Content Guidelines" page from Yelp's website, http://www.yelp.com/guidelines, which is referenced in Plaintiffs' Second Amended Complaint at paragraphs 6, 98, and footnote 4. The "Content Guidelines" are also incorporated by Plaintiffs into their definition of "Review Terms," (*see* SAC ¶ 6) which is referenced throughout the Second Amended Complaint, including at paragraphs 7, 10, 65, 66, 85, 86, 88, 91, 104, 108, 116, and 120.

4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 21, 2010 at Palo Alto, California

/s/ Ashlie Beringer
S. Ashlie Beringer