1  DAVID R. ONGARO, State Bar No. 154698
2  AMELIA D. WINCHESTER, State Bar No. 257928
   ONGARO BURTT & LOUDERBACK LLP
3  595 Market St., Suite 610
   San Francisco, CA  94105
4  Tel:  (415) 433-3900 Fax:  (415) 433-3950

5  Attorneys for Plaintiffs Boris Y. Levitt
6  *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS Y. LEVITT d/b/a Renaissance Restoration, CATS AND DOGS ANIMAL HOSPITAL, INC., TRACY CHAN d/b/a Marina Dental Care, and PROFESSIONAL CONSTRUCTION GROUP d/b/a Paver Pro; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YELP! INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 10-01321 MHP<br>Consolidated with CV 3:10-cv-02351MHP<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINES** |

- 1 -

WHEREAS, on March 22, 2011, the Court granted Defendant Yelp! Inc.'s ("Yelp") motion to dismiss Plaintiffs' Second Amended Complaint in the above-entitled matter and ordered that Plaintiff shall have thirty days from the date of the order to file an amended complaint and that Yelp shall have thirty days from the filing of Plaintiffs' amended complaint to file a response;

WHEREAS, the parties agree that an extension of an additional thirty days from the deadline set forth in the Court's order would assist Plaintiffs in filing an amended complaint and an extension of an additional thirty days from the deadline set forth in the Court's order would assist Yelp in responding to Plaintiffs' amended complaint;

THEREFORE, it is hereby stipulated and agreed to by and between the parties, through their counsel of record, that the deadline for Plaintiffs to file an amended complaint shall be May 23, 2011, and the deadline for Yelp to file a response shall be July 22, 2011.

DATED: April 15, 2011            **ONGARO BURTT & LOUDERBACK LLP**

                                 By:  /s/ David R. Ongaro
                                      David R. Ongaro

                                 Attorneys for Plaintiffs Boris Y. Levitt *et al*.

DATED: April 15, 2011            **GIBSON DUNN & CRUTCHER LLP**

                                 By:  /s/ Susannah Stroud Wright
                                      Susannah Stroud Wright

                                 Attorneys for Defendant
                                 Yelp! Inc.

1
2
3  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
4
5  DATED: 4/18/2011                By: _____
                                        United States District
6
7
8
9
10
11
*(remaining lines blank)*

IT IS SO ORDERED
Judge Marilyn H. Patel

- 3 -
STIPULATION AND [PROPOSED] ORDER MODIFYING
DEADLINES
Case No. CV 10-01321 MHP

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, David R. Ongaro, attest that concurrence in the filing of this Stipulation and [Proposed] Order has been obtained from each of the other signatories.

DATED: April 15, 2011    By:  /s/ David R. Ongaro
                               David R. Ongaro

- 4 -

STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINES
Case No. CV 10-01321 MHP