**United States District Court**
For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                        NORTHERN DISTRICT OF CALIFORNIA
7
8   BORIS Y. LEVITT D/B/A RENAISSANCE              No. C10-1321 EMC
    RESTORATION, etc., et al.,
9
                Plaintiffs,
10                                                 **ORDER RE JOINT LETTER OF 7/26/11**
          v.
11
    YELP! INC.,  et al.,
12
                Defendants.
13   _____/
14
15      The Court has reviewed the parties letter regarding Plaintiffs' discovery against Defendant
16   (Docket #81).  Plaintiffs' request is denied.  No discovery shall occur until the earlier of: (1) an
17   order adjudicating a motion to dismiss resulting in the survival of the complaint (or some portion
18   thereof), or (2) the filing of an answer.
19   Dated:  August 1, 2011
20
21                                                 _____
                                                   EDWARD M. CHEN
                                                   United States Magistrate Judge
22
23
24
25
26
27
28