GIBSON, DUNN & CRUTCHER LLP
GAIL LEES, SBN 90363
glees@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

S. ASHLIE BERINGER, SBN 263977
SUSANNAH WRIGHT, SBN 264473
aberinger@gibsondunn.com
swright2@gibsondunn.com
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

YELP! INC.
AARON SCHUR, SBN 229566
aschur@yelp.com
706 Mission Street
San Francisco, California 94103
Telephone: (415) 908-3801
Facsimile: (415) 908-3833

Attorneys for Defendants
YELP! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BORIS Y. LEVITT D/B/A RENAISSANCE RESTORATION, CATS AND DOGS ANIMAL HOSPITAL, INC., TRACY CHAN D/B/A MARINA DENTAL CARE and JOHN MERCURIO D/B/A WHEEL TECHNIQUES; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YELP! INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 10-01321 EMC<br>Consolidated with CV 10-02351 EMC<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [~~PROPO~~SED] ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE FOR YELP! INC.'S MOTION TO DISMISS THIRD AMENDED CLASS ACTION COMPLAINT AND TO DISMISS OR STRIKE CLASS ACTION ALLEGATIONS** |

Gibson, Dunn & Crutcher LLP

STIPULATION AND PROPOSED ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE ON YELP'S MOTION TO DISMISS AND TO STRIKE            CASE NO. CV 10-01321 EMC/CASE NO. CV 10-02351 EMC

1  WHEREAS, on July 22, 2011, Yelp! Inc. ("Yelp") filed a Motion to Dismiss Plaintiffs' Third Amended Class Action Complaint and Motion to Strike Class Action Allegations ("Motion to Dismiss") in the above-entitled matter;

WHEREAS, the hearing for Yelp's Motion to Dismiss is currently set for September 9, 2011, with the deadlines for the opposition and reply briefs scheduled for August 19, 2011 and August 26, 2011, respectively;

WHEREAS, due to a travel conflict, Plaintiffs' counsel is unavailable to attend the hearing on the noticed hearing date;

WHEREAS, the parties have met and conferred and agree that October 14, 2011 is the first mutually acceptable hearing date available on the Court's calendar;

THEREFORE, it is hereby stipulated and agreed to by and between the parties, through their counsel of record, that the deadline for Plaintiffs to file an opposition brief to Yelp's Motion to Dismiss shall be September 2, 2011 and the deadline for Yelp to file a reply brief shall be September 30, 2011. Yelp's Motion to Dismiss shall be heard on October 14, 2011 or as soon thereafter as is convenient with the Court's calendar

DATED: August 10, 2011          **GIBSON, DUNN & CRUTCHER LLP**

By: _____/s/ Susannah S. Wright_____
Susannah S. Wright

Attorneys for Defendant Yelp! Inc.

DATED: August 10, 2011          **ONGARO BURTT & LOUDERBACK LLP**

By: _____/s/ Amelia D. Winchester_____
Amelia D. Winchester

Attorneys for Plaintiffs Boris Y. Levitt *et al*.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 11, 2011

_____
The Honorable Edward M. Chen
United States District Judge

*IT IS SO ORDERED*
Judge Edward M. Chen

Gibson, Dunn & Crutcher LLP

STIPULATION AND PROPOSED ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE ON YELP'S MOTION TO DISMISS AND TO STRIKE          CASE NO. CV 10-01321 EMC/CASE NO. CV 10-02351 EMC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Susannah S. Wright, attest that concurrence in the filing of this Stipulation and [Proposed] Order has been obtained from each of the other signatories.

DATED: August 10, 2011          **GIBSON, DUNN & CRUTCHER LLP**

By: _____/s/ Susannah S. Wright_____
                Susannah S. Wright

101130512.1

Gibson, Dunn & Crutcher LLP

STIPULATION AND PROPOSED ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE ON YELP'S MOTION TO DISMISS AND TO STRIKE          CASE NO. CV 10-01321 EMC/CASE NO. CV 10-02351 EMC